The Honorable David E. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DR. MY NGUYEN,<br><br>                Plaintiff,<br><br>v.<br><br>DENIS MCDONOUGH, Secretary, United States Department of Veterans Affairs,<br><br>                Defendant. | Case No. 3:23-cv-05790-DGE<br><br>STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING ORDER<br><br>Noted for Consideration:<br>December 13, 2024 |

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE to modify the scheduling order in the Court's April 19, 2024, Order Setting Jury Trial and Pretrial Dates (Dkt. 16), as set forth below.

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| All motions related to discovery must be filed by | December 13, 2024 | January 3, 2025 |
| Discovery completed by | December 18, 2024 | January 8, 2025 |

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910,

STIPULATED MOTION AND ORDER
TO MODIFY SCHEDULING ORDER
[Case No. 3:23-cv-05790-DGE] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

912 (9th Cir. 1986). Good cause exists for extending the specific deadlines noted above. To date, the parties have completed or scheduled all depositions, served all written discovery, and exchanged hundreds of pages of responsive documents. The parties only need additional time for the limited purpose: to finish gathering, sorting, and sending responsive documents and information and to meet and confer regarding written discovery that has already been served. The parties agree not to conduct additional discovery beyond that described above and to extend the discovery-related motions deadline and discovery cutoff deadline solely to finalize the exchange of documents and information for outstanding discovery requests. The parties agree that this schedule modification need not impact the dispositive motions deadline or the current trial date.

For the reasons set forth above, the parties believe that there is good cause to modify the scheduling order and respectfully request that the Court grant their motion.

**SO STIPULATED.**

DATED this 13th day of December, 2024.

TESSA M. GORMAN
United States Attorney

*s/ Rebecca S. Cohen*
REBECCA S. COHEN, WSBA No. 31767

*s/ Alixandria K. Morris*
ALIXANDRIA K. MORRIS, TX No. 24095373
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4067
Email: rebecca.cohen@usdoj.gov
Email: alixandria.morris@usdoj.gov

*Attorneys for Defendant*

I certify that this memorandum contains 252 words, in compliance with the Local Civil Rules.

*s/ Ada K. Wong*
ADA K. WONG, WSBA No. 45936
AKW LAW, P.C.
12055 15th Avenue NE, Suite 200
Seattle, WA 98125
Phone: 206-259-1259
Email: ada@akw-law.com

*s/ Shaun Southworth*
SHAUN SOUTHWORTH*
SOUTHWORTH PC
1100 Peachtree Street NE, Suite 200
Atlanta, GA 30309
Phone: 404-393-4129
Email: shaun@southworthpc.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER
TO MODIFY SCHEDULING ORDER
[Case No. 3:23-cv-05790-DGE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED.

DATED this 23rd day of December, 2024.

David G. Estudillo
United States District Judge

STIPULATED MOTION AND ORDER
TO MODIFY SCHEDULING ORDER
[Case No. 3:23-cv-05790-DGE] - 3

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970